**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JAMES W. TRENTHEM, III, et al.          PLAINTIFFS

v.          No. 1:09CV00017 JLH

DAVID H. ARRINGTON OIL & GAS, INC.          DEFENDANT

## ORDER

The plaintiffs have filed an unopposed motion to transfer this case from the Northern Division of the Eastern District of Arkansas to the Western Division of the Eastern District of Arkansas for the convenience of the parties and witnesses. That motion is GRANTED. Document #62. The Clerk is directed to transfer this case from the Northern Division to the Western Division.

IT IS SO ORDERED this 21st day of October, 2010.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE