# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES W. TRENTHEM, III, *et al.*                                                   PLAINTIFFS

v.                         NO. 4:10CV01528 JLH

DAVID H. ARRINGTON OIL & GAS, INC.                                     DEFENDANT

## ORDER

The Court has determined that the bench trial of this matter scheduled for the week of November 1, 2010, in Little Rock, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 25th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE