**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JAMES W. TRENTHEM, III, and                                        PLAINTIFFS
NISA TRENTHEM, as Husband and Wife;
and SHANE FAULKNER

v.                                        No. 4:10CV01528 JLH

DAVID H. ARRINGTON OIL & GAS, INC.                                DEFENDANT

**ORDER**

This matter is scheduled for a bench trial to begin on February 22, 2011.  The case was

previously scheduled for trial on November 1, 2010.  Before the trial date in November 2010, both

sides filed motions *in limine* to exclude certain categories of evidence.  The Court has reviewed the

motions *in limine* filed by both parties and preliminarily believes that the evidence described in the

motions *in limine* is admissible.  Therefore, both motions *in limine* will be denied.  Documents #56

and #58.  This ruling is made without prejudice to the right of the parties to object to evidence at

trial.  In the even that it appears that evidence that is the subject of the motions in limine is

inadmissible, the Court will make that determination after hearing all of the evidence and will

exclude inadmissible evidence from consideration in making a final decision on the merits.

IT IS SO ORDERED this 27th day of January, 2011.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE