IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES W. TRENTHEM III and
NISA TRENTHEM as Husband
and Wife and SHANE FAULKNER            PLAINTIFF

V.        CASE NO. 4:10-cv-01528-JLH

DAVID H. ARRINGTON
OIL & GAS, INC.                 DEFENDANT

## ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Now on this 17th day of March, 2011, is presented to this Court the Petitioner's Motion to Withdraw and Substitution of Counsel. The Court, from all matters herein presented, doth now find and order that:

1. Petitioner, J. Cody Hiland is hereby released as attorney of record for the Plaintiff.

2. That Ted Thomas be substituted in as Counsel for the Plaintiff.

*/s/ J. Leon Holmes*
HON. J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

DATE SIGNED: March 17, 2011