**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES W. TRENTHEM, III, and                                        PLAINTIFFS
NISA TRENTHEM, as Husband and Wife;
and SHANE FAULKNER

v.                                        No. 4:10CV01528 JLH

DAVID H. ARRINGTON OIL & GAS, INC.                                 DEFENDANT

## ORDER

David H. Arrington Oil & Gas, Inc., has filed a motion to stay this case pending a decision

of the Eighth Circuit Court of Appeals in the case of *Smith v. David H. Arrington Oil & Gas, Inc.*

The plaintiffs have responded and stated that they do not object to the motion for stay.  For good

cause shown, the motion to stay is GRANTED.  Document #79.  All proceedings in this action are

hereby stayed pending a final decision on appeal in the case of *Smith v. David H. Arrington Oil &*

*Gas, Inc.*, Eighth Circuit No. 10-3423.

IT IS SO ORDERED this 12th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE