**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES W. TRENTHEM, III, and                                                                         PLAINTIFFS
NISA TRENTHEM, as Husband and Wife;
and SHANE FAULKNER

v.                                        No. 4:10CV01528 JLH

DAVID H. ARRINGTON OIL & GAS, INC.                                                          DEFENDANT

## ORDER

On April 12, 2011, the Court entered an Order staying the proceedings in this case pending a final decision in the case of *Smith v. David H. Arrington Oil & Gas, Inc.*, Eighth Circuit No. 10-3423. On March 13, 2012, the Eighth Circuit issued its mandate in that case. Therefore, the stay in this action is hereby lifted. A trial date will be set by separate order.

IT IS SO ORDERED this 15th day of March, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE