# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES W. TRENTHEM, III, and                                                                  PLAINTIFFS
NISA TRENTHEM, as Husband and Wife;
and SHANE FAULKNER

v.                                          NO. 4:10CV01528 JLH

FAYETTEVILLE-FLOYD GAS COMPANY, INC.
formerly known as DAVID H. ARRINGTON
OIL & GAS, INC.                                                                               DEFENDANT

## ORDER

    Fayetteville-Floyd Gas Company, Inc., formerly known as David H. Arrington Oil and Gas, Inc., has given notice that it has filed a voluntary petition for relief under Chapter 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division. Therefore, all action in this matter is stayed pending resolution of or relief from the bankruptcy proceeding. The Clerk of the Court is directed to terminate this action administratively. Any party may move to reopen the case within thirty days after final resolution of the bankruptcy proceedings or within thirty days after the bankruptcy court has granted relief from the automatic stay.

    IT IS SO ORDERED this 25th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE